UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o TAKE TWO INTERACTIVE SOFTWARE, INC. and GREAT NORTHERN INSURANCE COMPANY a/s/o RYAN BRANT and GWENN BRANT,<br><br>Plaintiffs,<br><br>-against-<br><br>AMERICAN EAGLE OUTFITTERS, INC.,<br><br>Defendant. | Case No.:<br><br><br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **AE OUTFITTERS RETAIL COMPANY** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1)  **American Eagle Outfitters, Inc. – AEO (the "Company") refers to American Eagle Outfitters, Inc. and its wholly-owned subsidiaries:**
    a.  **"American Eagle Outfitters"**
    b.  **"American Eagle"**
    c.  **"AE"**

2)  **The "AE Brand" refers to the U.S. and Canadian American Eagle Outfitters stores including:**
    a.  **"aerie"**
    b.  **"ae.com"**
    c.  **"MARTIN + OSA"**

3)  **The company is a public traded company. (American Eagle Outfitters) (NASDAQ: AEOS)**

4)  **PLEASE SEE ATTACHED RIDER OF LEGAL ENTITIES AS OF DECEMBER 2007.**

Date: March 3, 2008

_____
Signature of Attorney

Attorney Bar Code: RCS5388